*Sarah Currie* v. *William Steele et al.* S. M. Woodruff, for complainant; W. Inglis, for defendant. Order to open order closing proofs, and to extend the time for taking testimony for sixty days, on payment of the costs of the former application, and ten dollars for the costs of opposing this application, and upon giving security in the sum of $250 to pay the costs of this suit.

*Egbert B. Grandin et al.* v. *Abraham Hegeman.* A. D. Robinson, for complainants; O. L. Barbour, for defendant. Application for leave to file a bill of revivor and supplement, or a bill in the nature of a bill of revivor and supplement, granted. Motion for injunction against Young denied, but with leave to renew the application, as to him or to W. Hegeman, after they shall have been made parties to the supplemental bill. Costs to abide the event.

*John I. Palmer et al.* v. *John L. Talcott et al.* W. C. Noyes, for complainants; J. L. Talcott, in person. Motion for receiver of mortgaged premises granted, and tenants directed to attorn to him.

*The National Fire Insurance Company* v. *William Sacket et al.* R. R. Ward, for complainants; J. L. Lawrence, for defendants. Order closing the proofs, so far as relates to the complainants, and the defendant Sackett only, opened, and the latter to have forty days to take his testimony, on payment of $10 costs, and on condition that within ten days he stipulate to waive any forfeiture beyond the various premiums of $500 included in the two mortgages, in addition to the money actually loaned to him by Smith, and the $200 paid to Sherman. Defendant Sackett also allowed to examine his co-defendant, Fitch, as a witness.